IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JANE A. RESTANI, SENIOR JUDGE

_____
|   |   |
|---|---|
| NINGXIA GUANGHUA CHERISHMET ACTIVATED CARBON CO., LTD. AND JILIN BRIGHT FUTURE CHEMICALS CO., LTD. | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| and | ) |
| CARBON ACTIVATED TIANJIN CO., LTD. AND CARBON ACTIVATED CORPORATION) | )<br>)<br>) |
| Consolidated Plaintiffs, | ) |
| and | ) |
| BENGBU MODERN ENVIRONMENTAL CO., LTD., ET AL. | )<br>) |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| CALGON CARBON CORPORATION AND NORIT AMERICAS, INC., | )<br>) |
| Defendant-Intervenors. | ) |

Consol. Court No. 24-00262

## NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that, pursuant to Rule 75(c) of the Rules of the United States Court of International Trade, the undersigned, Blake W. Cowman, hereby enters an appearance as

the principal attorney of record for defendant, the United States, in place of Daniel Bertoni. Mr. Bertoni should be terminated from the docket as counsel for the Government.

        Respectfully submitted,

        BRETT A. SHUMATE
        Assistant Attorney General

        PATRICIA M. McCARTHY
        Director

        <u>/s/ Claudia Burke</u>
        CLAUDIA BURKE
        Deputy Director

        <u>/s/ Blake W. Cowman</u>
        Blake W. Cowman
        Trial Attorney
        Department of Justice
        Civil Division
        Commercial Litigation Branch
        P.O. Box 480, Ben Franklin Station
        Washington, D.C. 20044
        Tel.: (202) 353-2494
        Email: Blake.W.Cowman@usdoj.gov

November 18, 2025        *Attorneys for Defendant United States*