## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| NINGXIA GUANGHUA CHERISHMET ACTIVATED CARBON CO., LTD. AND JILIN BRIGHT FUTURE CHEMICALS CO., LTD., <br><br>        Plaintiffs, <br>and <br><br>CARBON ACTIVATED TIANJIN CO., LTD. AND CARBON ACTIVATED CORPORATION, <br><br>        Consolidated Plaintiffs, <br>and <br><br>BENGBU MODERN ENVIRONEMTNAL CO., LTD., ET AL., <br><br>        Plaintiff-Intervenors, <br><br>v. <br><br>UNITED STATES, <br><br>        Defendant, <br>and <br><br>CALGON CARBON CORORATION AND NORIT AMERICAS, INC., <br><br>        Defendant-Intervenors. | Consol. Court No. 24-00262 |

## **ORDER**

Pursuant to defendant's consent motion for leave for the Government to file a consolidated Rule 56.2 response brief exceeding the Court's type-volume limitations, it is hereby

ORDERED that defendant's motion is granted; and, it is further

ORDERED that defendant United States may file a consolidated Rule 56.2 response brief in excess of the Court's type-volume limitations, not to exceed a length of 18,000 words.

2

Dated: January 9, 2026         /s/ Jane A. Restani
New York, N.Y.                          JUDGE