THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JANE A. RESTANI, SENIOR JUDGE

| | |
|---|---|
| NINGXIA GUANGHUA CHERISHMET ACTIVATED CARBON CO., LTD. AND JILIN BRIGHT FUTURE CHEMICALS CO., LTD., Plaintiffs, and CARBON ACTIVATED TIANJIN CO., LTD. AND CARBON ACTIVATED CORPORATION, Consolidated Plaintiffs, and BENGBU MODERN ENVIRONMENTAL CO., LTD., ET AL., Plaintiff-Intervenors, v. UNITED STATES, Defendant, and CALGON CARBON CORPORATION AND NORIT AMERICAS, INC., Defendant-Intervenors. | Consol. Court No. 24-00262 |

## MOTION FOR ORAL ARGUMENT

Pursuant to Rule 7(c) and Rule 56.2(e) of the United States Court of International Trade, plaintiffs, Ningxia Guanghua Cherishmet Activated Carbon Co., Ltd. and Jilin Bright Future Chemicals Co., Ltd., and plaintiff-intervenors, Bengbu Modern Environmental Co., Ltd., Datong Hongdi Carbon Co., Ltd., Datong Juqiang Activated Carbon Co., Ltd., Datong Municipal Yunguang Activated Carbon Co., Ltd., Ningxia Huahui Environmental Technology Co., Ltd., and Shanxi Industry Technology Trading Co., Ltd. (collectively "plaintiffs and plaintiff-intervenors"), respectfully request that this Court order oral argument. This motion is timely filed per this Court's Amended Scheduling Order dated March 24, 2026, which provides that Motions

1

for Oral Argument are due by May 15, 2026. Plaintiffs and Plaintiff-Intervenors respectfully submit that oral argument is important in this case due to the numerous and complex factual and legal issues that have been raised in the parties' briefs.

Pursuant to Rule 7(f) of this Court, Irene H. Chen, counsel for Plaintiffs and Plaintiff-Intervenors, contacted counsel for the other parties regarding their position on the instant motion. On May 13, 2026, counsel for Defendant, Blake William Cowman, Esq., indicated that Defendant, the United States, takes no position and defers to the court. On May 13, 2026, counsel for Defendant-Intervenors, Melissa Brewer, Esq., indicated that Defendant-Intervenors, Norit Americas Inc., and Calgon Carbon Corporation, consent to the Motion. On May 13, 2026, counsel for Consolidated Plaintiffs, Stephanie Hartmann, Esq., indicated that Consolidated Plaintiffs, Carbon Activated Corporation and Carbon Activated Tianjin Co., Ltd., consent to the Motion. On May 13, 2026, counsel for Plaintiff-Intervenors, Alexandra Salzman, indicated that Plaintiff-Intervenors, Ningxia Mineral & Chemical Limited., Shanxi Sincere Industrial Co., Ltd., and Tianjin Channel Filters Co., Ltd., consent to the Motion.

Accordingly, Plaintiffs and Plaintiff-Intervenors respectfully request that the Court grant this motion and schedule oral argument in this case.

Respectfully submitted,

*/s/ Irene H. Chen*
Irene H. Chen
Jake Frischkenecht

VCL LAW LLP
1945 Old Gallows Road, Suite 260
Vienna, VA  22182
Tel: (301) 760-7393
Fax: (301) 263-7700

2

Email: ichen@vcllegal.com

*/s/ Mark B. Lehnardt*
Mark B. Lehnardt

DAVIS & LEIMAN P.C.
1025 Connecticut Ave., Suite 1012
Washington, DC  20036
Tel: (202) 642-4850
Email: mlehnardt@dltrade.com

*Counsel for Plaintiffs and Plaintiff-Intervenors*

May 14, 2026