THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE JANE A. RESTANI, SENIOR JUDGE

| | |
|---|---|
| NINGXIA GUANGHUA CHERISHMET ACTIVATED CARBON CO., LTD. AND JILIN BRIGHT FUTURE CHEMICALS CO., LTD., <br> Plaintiffs, <br> and <br><br> CARBON ACTIVATED TIANJIN CO., LTD. AND CARBON ACTIVATED CORPORATION, <br> Consolidated Plaintiffs, <br> and <br><br> BENGBU MODERN ENVIRONMENTAL CO., LTD., ET AL., <br><br> Plaintiff-Intervenors, <br> v. <br> UNITED STATES, <br><br> Defendant, <br> and <br><br> CALGON CARBON CORPORATION AND NORIT AMERICAS, INC., <br><br> Defendant-Intervenors. | Consol. Court No. 24-00262 |

## {PROPOSED} ORDER

Upon consideration of the Motion for Oral Argument filed by plaintiffs and plaintiff-intervenors and all other pleadings on file, it is hereby

**ORDERED** that said motion is GRANTED, and it is further

**ORDERED** that oral argument in this case shall take place in Courtroom _____ of the United States Court of International Trade on _____, 2026 at _____.

**SO ORDERED.**

_____
Hon. Jane A. Restani, Senior Judge

Dated: _____, 2026

1

New York, New York